Case 5:25-cv-00188   Document 4   Filed on 10/23/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas

**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **ELIUD LUVIANO PANIAGUA,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:25-CV-188 |
| | § | |
| **KRISTI NOEM, ET AL.,** | § | |
| | § | |
| Respondents. | § | |

### ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1), and Motion for Temporary Restraining Order, (Dkt. No. 2).

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response to the petition and the motion and serve their response on Petitioner **no later November 7, 2025**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, he may do so **within seven days** after Respondents file their responses. S. Dist. Tex. L.R. 7.3. Luviano names Kristi Noem, Secretary of Homeland Security; the Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Todd Lyons, Director of ICE; Miguel Vergara, Field Office Director of ERO, Laredo Field Office; and Orlando Perez, Warden of the Laredo Detention Center, as Respondents.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1), Motion for Temporary Restraining Order, (Dkt. No. 2), and this Order on Respondents via certified mail.

- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent Department of Homeland Security may be served at U.S. Department of Homeland Security, Office of the General Counsel, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent Pamela Bondi or her designee may be served at U.S. Department of

Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

- Respondent Todd Lyons or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent Miguel Vergara or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent Orlando Perez or his designee may be served at Laredo Processing Center, 4702 E. Saunders, Laredo, TX 78041.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), Petitioner's Motion for Temporary Restraining Order, (Dkt. No. 2), and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail.

The Clerk is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), Petitioner's Motion for Temporary Restraining Order, (Dkt. No. 2), and this Order on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at 11204 McPherson Road, Suite 100A, Laredo, Texas 78045 via certified mail.

Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on October 23, 2025.

_____
John A. Kazen
United States District Judge